No. 6,890.—JOHN MADDEN ET AL., RESPONDENTS, *v.* LULU B. SMITH, APPELLANT.

Decided June 24, 1931.

PER CURIAM.—On motion of respondent for the dismissal of the appeal herein on the ground, among others, that no transcript on appeal has been filed within the time required by the Rules of this court, it is ordered that the attempted appeal be dismissed.

*Mr. John K. Claxton,* for Appellant.

*Messrs. Binnard & Rodger,* for Respondents.